BEFORE THE FIRST DIVISION, MAY 24, 1960

No. 64221.—Scientific Imports & Investment Corp. and W. J. Byrnes & Co., Inc., et al. v. United States, protests 58/7972, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of solid glass spheres similar in all material respects to those the subject of Abstract 63300, the claim of the plaintiffs was sustained.